The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURA WILLIS-ALBRIGO,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

No. 2:26-cv-844-KKE

STIPULATED MOTION AND ORDER
CONSOLIDATING ACTIONS
AND SETTING BRIEFING
SCHEDULE

NOTE ON MOTION CALENDAR:
May 11, 2026

SEQUOIA KING,

Plaintiff,

v.

AMAZON.COM SERVICES LLC and
AMAZON.COM, INC.,

Defendants.

No. 2:26-cv-1505-KKE

STIPULATED MOTION AND ORDER
CONSOLIDATING ACTIONS
AND SETTING BRIEFING
SCHEDULE

NOTE ON MOTION CALENDAR:
May 11, 2026

**STIPULATED MOTION**

Pursuant to Local Civil Rules 7(d)(1), 7(j), and 10(g); Federal Rule of Civil Procedure 6; and the Court's Chambers Procedures, the Parties stipulate and agree as follows:

1.    On February 6, 2026, Plaintiff Sequoia King filed an action against Amazon.com Services LLC ("Amazon"), and Amazon.com, Inc. (together, "Defendants") in the Southern District

STIPULATED MOTION AND ORDER CONSOLIDATING
ACTIONS AND SETTING BRIEFING SCHEDULE
(Nos. 2:26-cv-844-KKE; 2:26-cv-1505-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

of New York involving allegations related to Amazon Basics Body Wash for Sensitive Skin, *King v. Amazon.com Services LLC, et al.* (the "*King* Action").

2.     On March 12, 2026, Plaintiff Laura Willis-Albrigo filed an action against Amazon in the Western District of Washington also related to Amazon Basics Body Wash for Sensitive Skin, *Willis-Albrigo v. Amazon.com Services LLC*, Case No. 2:26-cv-844 (the "*Willis-Albrigo* Action").

3.     On May 4, 2026, the Southern District of New York transferred the *King* Action to the Western District of Washington, Case No. 2:26-cv-1505.

4.     Plaintiffs Laura Willis-Albrigo and Sequoia King seek to consolidate the *King* Action and the *Willis-Albrigo* Action for all purposes.  Defendants consent to consolidation.

5.     The Parties thus request an order from this Court consolidating the *King* Action and the *Willis-Albrigo* Action for all purposes and granting Plaintiffs leave to file a single, consolidated amended complaint.

6.     The Parties agree and stipulate (subject to Court approval) to the following schedule:

    a.   Plaintiffs shall file the single, consolidated amended complaint by May 22, 2026.

    b.   Defendants shall have up to and including June 22, 2026, to answer, move, or otherwise respond to the consolidated amended complaint.

    c.   Plaintiffs shall have up to and including July 24, 2026, to file any opposition that might be required.

    d.   Defendants shall have up to and including August 14, 2026, to file any reply to Plaintiffs' opposition.

7.     The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend and set the Parties' deadlines as set forth herein.

8.     The Parties have previously sought and obtained prior extensions of time in the underlying actions prior to consolidation. This is the first extension the Parties have sought concerning the consolidated amended complaint and response thereto.

9.     Should the Court grant the Parties' request and consolidate the two actions, the

STIPULATED MOTION AND ORDER CONSOLIDATING
ACTIONS AND SETTING BRIEFING SCHEDULE
(Nos. 2:26-cv-844-KKE; 2:26-cv-1505-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

consolidated amended complaint and all future filings shall be filed in *Willis-Albrigo v. Amazon.com Services LLC,* No. 2:26-cv-844.

IT IS SO STIPULATED.

DATED this 11th day of May, 2026.

**WYATT GRONSKI PLLC**

By: *s/ Todd Wyatt*
    Todd Wyatt, WSBA #31608
    540 Newport Way NW, Suite 200
    Issaquah, WA 98027
    Telephone: (425) 395-7784
    Email: todd@wdlawgroup.com

**SMITH KRIVOSHEY, PC**

    Yeremey O. Krivoshey (admitted pro hac vice)
    28 Geary Street, Ste. 650 # 1507
    San Francisco, CA 94108
    Telephone: (415) 839-7000
    Email: yeremey@skclassactions.com

    Joel D. Smith (admitted pro hac vice)
    Aleksandr "Sasha" Litvinov (admitted pro hac vice)
    867 Boylston Street, 5th Floor, Ste. 1520
    Boston, MA 02116
    Telephone: (617) 377-7404
    Email: joel@skclassactions.com
    Email: sasha@skclassactions.com

**BURSOR & FISHER, P.A.**

    Max S. Roberts (N.Y. Bar. No. 5748165)
    Victoria X. Zhou (N.Y. Bar No. 6083190)
    Caroline C. Donovan (N.Y. Bar No. 6093124)
    1330 Avenue of the Americas, 32nd Floor
    New York, NY 10019
    Telephone: (646) 837-7150
    Email: mroberts@bursor.com

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ John Goldmark\**
    John Goldmark, WSBA #40980
    K'reisa Cox, WSBA #63538
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 757-8068
    Email: johngoldmark@dwt.com
    Email: kreisacox@dwt.com

**REED SMITH LLP**

    Jennifer J. Nagle (pro hac vice forthcoming)
    100 High St. 20th Floor
    Boston, MA 02110
    Telephone: (617) 517-2660
    Email: jnagle@reedsmith.com

    Loly G. Tor (pro hac vice forthcoming)
    506 Carnegie Center, Suite 300
    Princeton, NJ 08540
    Telephone: (609) 514-5953
    Email: ltor@reedsmith.com

***Attorneys for Defendant Amazon.com Services LLC***

\*I certify that this memorandum contains 382 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER CONSOLIDATING
ACTIONS AND SETTING BRIEFING SCHEDULE
(Nos. 2:26-cv-844-KKE; 2:26-cv-1505-KKE) - 3

Email: vzhou@bursor.com
Email: cdonovan@bursor.com

***Attorneys for Plaintiffs***

STIPULATED MOTION AND ORDER CONSOLIDATING
ACTIONS AND SETTING BRIEFING SCHEDULE
(Nos. 2:26-cv-844-KKE; 2:26-cv-1505-KKE) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Pursuant to the Parties' above stipulated motion, the Court Orders that:

- *King v. Amazon.com Services LLC, et al.*, Case No. 2:26-cv-1505, and *Willis-Albrigo v. Amazon.com Services LLC*, No. 2:26-cv-844, are hereby consolidated for all purposes.

- All filings in the consolidated action should be filed using the *Willis-Albrigo v. Amazon.com Services LLC*, No. 2:26-cv-844, docket.

- Plaintiffs' deadline to file a single, consolidated amended complaint is May 22, 2026.

- Defendants shall have up to and including June 22, 2026, to answer, move, or otherwise respond to the consolidated amended complaint.

- Plaintiffs shall have up to and including July 24, 2026, to file any opposition that might be required.

- Defendants shall have up to and including August 14, 2026, to file any reply to Plaintiffs' opposition.


IT IS SO ORDERED this 12th day of May, 2026.


Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER CONSOLIDATING
ACTIONS AND SETTING BRIEFING SCHEDULE
(Nos. 2:26-cv-844-KKE; 2:26-cv-1505-KKE) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

**WYATT GRONSKI PLLC**

By: *s/ Todd Wyatt*
    Todd Wyatt, WSBA #31608
    540 Newport Way NW, Suite 200
    Issaquah, WA 98027
    Telephone: (425) 395-7784
    Email: todd@wdlawgroup.com

**SMITH KRIVOSHEY, PC**

    Yeremey O. Krivoshey (admitted pro hac vice)
    28 Geary Street, Ste. 650 # 1507
    San Francisco, CA 94108
    Telephone: (415) 839-7000
    Email: yeremey@skclassactions.com

    Joel D. Smith (admitted pro hac vice)
    Aleksandr "Sasha" Litvinov (admitted pro hac vice)
    867 Boylston Street, 5th Floor, Ste. 1520
    Boston, MA 02116
    Telephone: (617) 377-7404
    Email: joel@skclassactions.com
    Email: sasha@skclassactions.com

**BURSOR & FISHER, P.A.**

    Max S. Roberts (N.Y. Bar. No. 5748165)
    Victoria X. Zhou (N.Y. Bar No. 6083190)
    Caroline C. Donovan (N.Y. Bar No. 6093124)
    1330 Avenue of the Americas, 32nd Floor
    New York, NY 10019
    Telephone: (646) 837-7150
    Email: mroberts@bursor.com
    Email: vzhou@bursor.com
    Email: cdonovan@bursor.com

*Attorneys for Plaintiffs*

**DAVIS WRIGHT TREMAINE LLP**

By: *s/ John Goldmark*
    John Goldmark, WSBA #40980
    K'reisa Cox, WSBA #63538
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 757-8068
    Email: johngoldmark@dwt.com
    Email: kreisacox@dwt.com

**REED SMITH LLP**

    Jennifer J. Nagle (pro hac vice forthcoming)
    100 High St. 20th Floor
    Boston, MA 02110
    Telephone: (617) 517-2660
    Email: jnagle@reedsmith.com

    Loly G. Tor (pro hac vice forthcoming)
    506 Carnegie Center, Suite 300
    Princeton, NJ 08540
    Telephone: (609) 514-5953
    Email: ltor@reedsmith.com

*Attorneys for Defendant Amazon.com Services LLC*

STIPULATED MOTION AND ORDER CONSOLIDATING
ACTIONS AND SETTING BRIEFING SCHEDULE
(Nos. 2:26-cv-844-KKE; 2:26-cv-1505-KKE) - 6