Honorable Kimberly Evanson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

LAURA WILLIS ALBRIGO and SEQUOIA KING, individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

AMAZON.COM SERVICES LLC and AMAZON.COM, INC.,

        Defendants.

NO. 2:26-cv-00844-KKE

**STIPULATED MOTION AND ORDER SETTING DEADLINE TO AMEND AND BRIEFING SCHEDULE**

**NOTE ON MOTION CALENDAR:
July 13, 2026**

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE – 1

Plaintiffs Laura Willis Albrigo and Sequoia King ("Plaintiffs") and Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants"), through their undersigned counsel of record, hereby stipulate to and jointly request the entry of an order setting the following deadline for Plaintiffs to file an opposition to Defendants' motion to dismiss or otherwise respond in this action.

WHEREAS, the Class Action Complaint on behalf of Plaintiff King was filed on February 6, 2026 in the Southern District of New York;

WHEREAS, the Class Action Complaint on behalf of Plaintiff Albrigo was filed on March 12, 2026 (ECF No. 1);

WHEREAS, the Court granted the Parties' stipulated motion to consolidate the King action with the Albrigo action on May 12, 2026 (ECF No. 16);

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on May 20, 2026 (ECF No. 18);

WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' Consolidated Complaint on June 22, 2026 (ECF No. 22);

NOWWHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval:

1. Plaintiffs shall file their opposition or amendment to their Complaint in response to Defendants' Motion on or before August 21, 2026.

2. Defendants shall file their reply brief, or otherwise respond to the amended complaint on or before September 18, 2026.

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE – 2

Dated July 13, 2026                    Respectfully submitted,

**Davis Wright Tremaine LLP**          **WYATT GRONSKI PLLC**
                                       _/s/    Max S. Roberts_
 _/s/ Kevin Kramer_                    Todd Wyatt (Bar No. 31608)
Kevin Kramer, WSBA #52435              540 Newport Way NW, Suite 200
K'reisa Cox, WSBA #63538               Issaquah, WA 98027
920 Fifth Avenue, Suite 3300           Phone: 425-395-7784
Seattle, WA 98104-1610                 E-Mail: todd@wdlawgroup.com
Telephone:  206-622-3150
Email:  kevinkramer@dwt.com            **SMITH KRIVOSHEY, PC**
Email:  kreisacox@dwt.com              Yeremey O. Krivoshey (Cal. Bar No. 295032)*
                                       28 Geary Street, Ste. 650 # 1507
**REED SMITH LLP**                     San Francisco, CA 94108
Jennifer J. Nagle (Mass. Bar No.       Phone: 415-839-7000
669325)                                E-Mail:  yeremey@skclassactions.com
Admitted *Pro Hac Vice*
100 High St. 20th Floor                **SMITH KRIVOSHEY, PC**
Boston, MA 02110                       Joel D. Smith (Cal. Bar No. 244902)*
Telephone: 617-517-2660                867 Boylston Street, 5th Floor, Ste. 1520
Email: jnagle@reedsmith.com            Boston, MA 02116
                                       Phone: 617-377-7404
Loly G. Tor (N.J. Bar No. 017012004)   E-Mail:  joel@skclassactions.com
Admitted *Pro Hac Vice*                E-Mail:  sasha@skclassactions.com
506 Carnegie Center, Suite 300
Princeton, NJ 08540                    **BURSOR & FISHER, P.A.**
Telephone: 609-514-5953                Max S. Roberts (*Pro Hac Vice*)
Email: ltor@reedsmith.com              Victoria X. Zhou*
                                       Caroline C. Donovan*
*Attorneys for Defendants*             1330 Avenue of the Americas, 32nd Floor New
*Amazon.com Services LLC and*          York, NY 10019
*Amazon.com, Inc.*                     Telephone: (646) 837-7150
                                       Facsimile: (212) 989-9163
                                       Email: mroberts@bursor.com
                                       vzhou@bursor.com
                                       cdonovan@bursor.com

                                       **BURSOR & FISHER, P.A.**
                                       Joshua R. Glatt (Cal. Bar No. 354064)*
                                       1990 North California Blvd., 9th Floor
                                       Walnut Creek, CA 94596
                                       Telephone: (925) 300-4455
                                       Facsimile: (925) 407-2700
                                       E-mail: jglatt@bursor.com

                                       *pro hac vice to be filed

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE – 3

*I certify that this memorandum contains 211 words, in compliance with the Local Civil Rules.*

## ORDER

Pursuant to the Parties' above stipulated motion, the Court Orders that:

- Plaintiffs shall have up to and including August 21, 2026, to file an opposition or amendment to their Complaint in response to Defendants' Motion.
- Defendants shall have up to and including September 18, 2026, to file any reply brief to Plaintiffs' opposition.


IT IS SO ORDERED this 13th day of July, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE – 5

Presented by:

**DAVIS WRIGHT TREMAINE LLP**
 _/s/ Kevin Kramer_
Kevin Kramer, WSBA #52435
K'reisa Cox, WSBA #63538
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone:  206-622-3150
Email:  kevinkramer@dwt.com
Email:  kreisacox@dwt.com

**REED SMITH LLP**
Jennifer J. Nagle (Mass. Bar No. 669325)
Admitted *Pro Hac Vice*
100 High St. 20th Floor
Boston, MA 02110
Telephone: 617-517-2660
Email: jnagle@reedsmith.com

Loly G. Tor (N.J. Bar No. 017012004)
Admitted *Pro Hac Vice*
506 Carnegie Center
Suite 300
Princeton, NJ 08540
Telephone: 609-514-5953
Email: ltor@reedsmith.com

***Attorneys for Defendants***
***Amazon.com Services LLC and***
***Amazon.com, Inc.***

**WYATT GRONSKI PLLC**
 _/s/ Max S. Roberts_
Todd Wyatt (Bar No. 31608)
540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (Cal. Bar No. 295032)*
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com
E-Mail:  sasha@skclassactions.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
Victoria X. Zhou*
Caroline C. Donovan*
1330 Avenue of the Americas,
32nd Floor New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com
vzhou@bursor.com
cdonovan@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Glatt (Cal. Bar No. 354064)*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jglatt@bursor.com
*pro hac vice to be filed

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE – 6