Honorable Kimberly Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LAURA WILLIS ALBRIGO and SEQUOIA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC and AMAZON.COM, INC.,<br><br>Defendants. | NO. 2:26-cv-00844-KKE<br><br>**STIPULATED MOTION AND ORDER SETTING DEADLINE TO AMEND AND BRIEFING SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 21, 2026** |

Plaintiffs Laura Willis Albrigo and Sequoia King ("Plaintiffs") and Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants"), through their undersigned counsel of record, hereby stipulate to and jointly request the entry of an order setting the following deadline for Plaintiffs to file an opposition to Defendants' motion to dismiss or otherwise respond in this action.

WHEREAS, the Class Action Complaint on behalf of Plaintiff King was filed on February 6, 2026 in the Southern District of New York;

WHEREAS, the Class Action Complaint on behalf of Plaintiff Albrigo was filed on March 12, 2026 (ECF No. 1);

WHEREAS, the Court granted the Parties' stipulated motion to consolidate the King action with the Albrigo action on May 12, 2026 (ECF No. 16);

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on May 20, 2026 (ECF No. 18);

WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' Consolidated Complaint on June 22, 2026 (ECF No. 22);

WHEREAS, on July 13, 2026, the Court granted the Parties' Stipulated Motion, thereby setting Plaintiffs' deadline to file their opposition or amendment to their Complaint in response to Defendants' motion to dismiss on or before August 21, 2026 and Defendants' reply or their response to the amended complaint on or before September 18, 2026 (ECF No. 26);

WHEREAS, the parties require further time to complete briefing on Defendants' motion to dismiss;

NOWWHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval:

1. Plaintiffs shall file their opposition or amendment to their Complaint in response to Defendants' Motion on or before September 25, 2026.

2. Defendants shall file their reply brief, or otherwise respond to the amended complaint on or before October 23, 2026.

Dated August 21, 2026

Respectfully submitted,

**Davis Wright Tremaine LLP**

_/s/ Kevin Kramer_
Kevin Kramer, WSBA #52435
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Email: kevinkramer@dwt.com

**REED SMITH LLP**
Jennifer J. Nagle (Mass. Bar No. 669325)
Admitted *Pro Hac Vice*
100 High St. 20th Floor
Boston, MA 02110
Telephone: 617-517-2660
Email: jnagle@reedsmith.com

Loly G. Tor (N.J. Bar No. 017012004)
Admitted *Pro Hac Vice*
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: 609-514-5953
Email: ltor@reedsmith.com

***Attorneys for Defendants Amazon.com Services LLC and Amazon.com, Inc.***

**SMITH KRIVOSHEY, PC**

/s/ *Yeremey O. Krivoshey*
Yeremey O. Krivoshey (Cal. Bar No. 295032)*
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**WYATT GRONSKI PLLC**
/s/ *Todd Wyatt*
Todd Wyatt (Bar No. 31608)
540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com
E-Mail: sasha@skclassactions.com

**BURSOR & FISHER, P.A.**
Max S. Roberts
Victoria X. Zhou*
Caroline C. Donovan*
1330 Avenue of the Americas, 32nd Floor New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com
vzhou@bursor.com
cdonovan@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Glatt (Cal. Bar No. 354064)*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jglatt@bursor.com

**pro hac vice to be filed*

**I certify that this memorandum contains 282 words, in compliance with the Local Civil Rules.*

**ORDER**

Pursuant to the Parties' above stipulated motion, the Court Orders that:

- Plaintiffs shall have up to and including September 25, 2026, to file their opposition or amendment to their Complaint in response to Defendants' Motion.
- Defendants shall have up to and including October 23, 2026, to file any reply brief to Plaintiffs' opposition or response to the complaint.

IT IS SO ORDERED this 26th day of August, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

**DAVIS WRIGHT TREMAINE LLP**
*/s/ Kevin Kramer*
Kevin Kramer, WSBA #52435
K'reisa Cox, WSBA #63538
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Email: kevinkramer@dwt.com
Email: kreisacox@dwt.com

**REED SMITH LLP**
Jennifer J. Nagle (Mass. Bar No. 669325)
Admitted *Pro Hac Vice*
100 High St. 20th Floor
Boston, MA 02110
Telephone: 617-517-2660
Email: jnagle@reedsmith.com

Loly G. Tor (N.J. Bar No. 017012004)
Admitted *Pro Hac Vice*
506 Carnegie Center
Suite 300
Princeton, NJ 08540
Telephone: 609-514-5953
Email: ltor@reedsmith.com

***Attorneys for Defendants Amazon.com Services LLC and Amazon.com, Inc.***

**SMITH KRIVOSHEY, PC**

*/s/ Yeremey O. Krivoshey*
Yeremey O. Krivoshey (Cal. Bar No. 295032)*
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**WYATT GRONSKI PLLC**
*/s/ Todd Wyatt*
Todd Wyatt (Bar No. 31608)
540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com
E-Mail: sasha@skclassactions.com

**BURSOR & FISHER, P.A.**
Max S. Roberts
Victoria X. Zhou*
Caroline C. Donovan*
1330 Avenue of the Americas,
32nd Floor New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com
vzhou@bursor.com
cdonovan@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Glatt (Cal. Bar No. 354064)*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

E-mail: jglatt@bursor.com
**pro hac vice to be filed*