The Honorable Kimberly Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| LAURA WILLIS ALBRIGO and SEQUOIA KING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC and AMAZON.COM, INC.,<br><br>Defendants. | NO. 2:26-cv-00844-KKE<br><br>**STIPULATED MOTION AND ORDER STAYING ALL CASE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 25, 2026** |

Plaintiffs Laura Willis Albrigo and Sequoia King ("Plaintiffs") and Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants"), through their undersigned counsel of record, hereby stipulate to and jointly request the entry of an order staying all deadlines in this matter.

WHEREAS, the Class Action Complaint on behalf of Plaintiff King was filed on February 6, 2026 in the Southern District of New York;

WHEREAS, the Class Action Complaint on behalf of Plaintiff Albrigo was filed on March 12, 2026 (ECF No. 1);

WHEREAS, the Court granted the Parties' stipulated motion to consolidate the King action with the Albrigo action on May 12, 2026 (ECF No. 16);

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint on May 20, 2026 (ECF No. 18);

WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' Consolidated Complaint on June 22, 2026 (ECF No. 22);

WHEREAS, on July 13, 2026, the Court granted the Parties' Stipulated Motion, thereby setting Plaintiffs' deadline to file their opposition or amendment to their Complaint in response to Defendants' motion to dismiss on or before August 21, 2026 and Defendants' reply or their response to the amended complaint on or before September 18, 2026 (ECF No. 26);

WHEREAS, on August 26, 2026, the Court granted the Parties' Stipulated Motion, thereby setting Plaintiffs' deadline to file their opposition or amendment to their Complaint in response to Defendants' motion to dismiss on or before September 25, 2026 and Defendants' reply or their response to the amended complaint on or before October 23, 2026 (ECF No. 30);

WHEREAS, the parties have since engaged in settlement discussions and are working on finalizing a resolution, but need additional time to do so.

NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval:

1. All deadlines and pending motions shall be vacated and stayed pending a final resolution between the parties.
2. The parties shall inform the Court by October 26, 2026, whether a final resolution has been reached, and if so, shall follow Court procedures for dismissal.

Dated September 25, 2026

**DAVIS WRIGHT TREMAINE LLP**

By: s/ Kevin Kramer
Kevin Kramer, WSBA #52435
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Email: kevinkramer@dwt.com

**REED SMITH LLP**
Jennifer J. Nagle (Mass. Bar No. 669325)
Admitted *Pro Hac Vice*
100 High St. 20th Floor
Boston, MA 02110
Telephone: 617-517-2660
Email: jnagle@reedsmith.com

Loly G. Tor (N.J. Bar No. 017012004)
Admitted *Pro Hac Vice*
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: 609-514-5953
Email: ltor@reedsmith.com

***Attorneys for Defendants Amazon.com Services LLC and Amazon.com, Inc.***

Respectfully submitted,

**WYATT GRONSKI PLLC**

By: s/ Todd Wyatt
Todd Wyatt (Bar No. 31608)
540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (Cal. Bar No. 295032)*
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)*
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail: joel@skclassactions.com
E-Mail: sasha@skclassactions.com

**BURSOR & FISHER, P.A.**
Max S. Roberts
Victoria X. Zhou*
Caroline C. Donovan*
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com
vzhou@bursor.com
cdonovan@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Glatt (Cal. Bar No. 354064)*
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jglatt@bursor.com

**pro hac vice to be filed*

**I certify that this memorandum contains 337 words, in compliance with the Local Civil Rules.*

**ORDER**

Pursuant to the parties' stipulated motion, and finding good cause, the Court will GRANT the motion. IT IS THEREFORE ORDERED THAT:

(1) All deadlines and pending motions shall be vacated and stayed pending a final resolution between the parties.

(2) The parties shall file a joint status report on or before October 26, 2026, informing the Court whether a final resolution has been reached, and if so, the parties shall follow Court procedures for dismissal.

Dated this 28th day of September, 2026.

Kymberly K Evanson

Kymberly K. Evanson
United States District Judge